McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA ANN WINTERS FREEHOFFER<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02391-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint will be extended by 30 days, from January 9, 2019 until February 8, 2019.

This is Defendant's first request for an extension of time to respond to Plaintiff's complaint. Defendant respectfully requests this additional time because additional time is needed to prepare the administrative record.

The parties further stipulate that the briefing schedule shall be modified accordingly:
- Within forty-five (45) days after filing of the answer, on or before March 25, 2019, Plaintiff shall file a motion for summary judgment and/or remand;
- Defendant shall file an opposition to Plaintiff's motion within thirty (30) days after service of Plaintiff's motion for summary judgment, on or before April 24, 2019.

Stip. & ~~Prop~~. Order for Ext.;  2:18-cv-02391-EFB           1

- Appellant's reply brief shall be filed with the court and served on respondent within twenty (20) days after service of Defendant's opposition, on or before May 14, 2019.

Respectfully submitted,

Dated: January 8, 2019

*/s/ David Allen\**
(*as authorized via e-mail on 1/8/19)
DAVID ALLEN
Attorney for Plaintiff

Dated: January 8, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: January 9, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE