Karl E. Osterhout, Esq.
PA ID 49658
521 Cedar Way, Suite 200
Oakmont, PA 15139
412-794-8003
Karl@mydisabilityattorney.com
Attorney for Plaintiff, Erica Ann Winters Freehoffer

David Allen, Esq.
CA Bar ID No.: 87193
David Allen & Associates
5230 Folsom Boulevard
Sacramento, CA 95819
Telephone: (916)455-4800
Facsimile:916-451-5687
davidallen@davidallenlaw.com
Attorney for Plaintiff, Erica Ann Winters Freehoffer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ERICA ANN WINTERS FREEHOFFER,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-02391-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Motion for Summary Judgment and Supporting Brief. This is Plaintiff's first request for extension to file her Motion for Summary Judgment. The additional time is requested due to the size of the administrative transcript and

the nature of issues presented in this case; specifically, the transcript is 1,354 pages, including the reports and opinions of numerous medical sources which are central to the issues Plaintiff is raising.

Plaintiff respectfully requests that this Court grant a 30-day extension to file her Motion for Summary Judgment and Supporting Brief until April 17, 2019.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 20, 2019
/s/ Karl E. Osterhout
KARL E. OSTERHOUT, ESQUIRE
Attorney for Plaintiff, Erica Winters Freehoffer

/s/ David Allen
DAVID ALLEN, ESQUIRE
Attorney for Plaintiff, Erica Winters Freehoffer

Dated: March 20, 2019
McGREGOR W. SCOTT
United States Attorney
MARCELLO ILLARMO
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By: /s/ Marcello Illarmo
(*as authorized by email on 3/20/19)
Marcello Illarmo
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 21, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE